UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOSEPH LEE,

                     Plaintiff,

v.

YELENA KOROBKOVA, JUDITH
CAMARA, EVE M. SIMMONS, ARIEL
ESCOBAR, DIANE HINTON, GANDHAM,
JANE DOES, WILLIAM F. KEYSER, and
ALEX TROLENBERG, M.D.,

                     Defendants.

------------------------------------------------------------x

**ORDER**

20 CV 10311 (VB)

      As discussed at the conference held today and attended by plaintiff appearing pro se and counsel for defendants, it is HEREBY ORDERED:

      1.     Counsel for defendants will file a letter with the Court certifying that defendants have satisfied their discovery obligations pursuant to Fed. R. Civ. P. 26 by **March 9, 2022**.

      2.     Defendants' motion for summary judgment is due **April 18, 2022**. No extensions will be granted.

      3.     Plaintiff's opposition to defendant's motion for summary judgment is due **June 20, 2022**. The Court will mail plaintiff a copy of the Motions Guide for Pro Se Litigants, which describes the procedure for a summary judgment motion. Plaintiff is expected to review the Motions Guide and follow the instructions therein.

      4.     Defendants' reply in support of their motion for summary judgment is due **July 5, 2022**.

      Chambers will mail a copy of this Order, as well as a copy of the Motions Guide, to plaintiff at the address on the docket.

Dated: February 23, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge