UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH LEE,
                         Plaintiff,

v.
                                     **ORDER**

YELENA KOROBKOVA, JUDITH
CAMARA, EVE M. SIMMONS, ARIEL     20 CV 10311 (VB)
ESCOBAR, DIANE HINTON, GANDHAM,
JANE DOES, WILLIAM F. KEYSER, and
ALEX TROLENBERG, M.D.,
                        Defendants.
--------------------------------------------------------------x

      On April 18, 2022, defendants filed a motion for summary judgment. (Docs. ##36–42). Because plaintiff is proceeding pro se, defendants must serve plaintiff with a Notice to Pro Se Litigant Who Opposes a Motion For Summary Judgment pursuant to S.D.N.Y. Local Civil Rule 56.2 ("56.2 Notice") with the full texts of Rule 56 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Civil Rule 56.1 attached.

      Although defendants filed a purported 56.2 Notice in connection with their motion (Doc. #40), it does not attach the full texts of Rule 56 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Civil Rule 56.1.

      Accordingly, it is HEREBY ORDERED, by **April 25, 2022**, defendants shall serve plaintiff with a complete 56.2 Notice—i.e., one that attaches the full texts of Rule 56 of the Federal Rules of Civil Procedure and S.D.N.Y. Local Civil Rule 56.1, and file proof of service on the docket.

      Failure to serve and file such notice may result in denial of defendants' motion. See Vital v. Interfaith Med. Ctr., 168 F.3d 615, 621 (2d Cir. 1999).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 20, 2022
      White Plains, NY

                                                          SO ORDERED:

                                                          Vincent L. Briccetti
                                                          United States District Judge