MEMORANDUM ENDORSEMENT

Lee v. Korobkova et al.,
20 CV 10311 (VB)

  In a letter dated August 21, 2022, plaintiff, proceeding pro se and in forma pauperis, requests an extension of his deadline to oppose defendants' motion for summary judgment. (Doc. #49). This is plaintiff's third request for an extension to oppose defendants' motion. (See Docs. ##45; 46).

  Plaintiff's application is GRANTED. Plaintiff shall file his opposition by November 8, 2022. Defendants' reply shall be due November 22, 2022.

  **Plaintiff is advised that, absent compelling circumstances, the Court will grant no further extensions of his time to oppose defendants' motion.**

  Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 30, 2022
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge