**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

November 22, 2022

**Via ECF**
Hon. Vincent L. Briccetti, U.S.D.J.
U.S. District Court, S.D.N.Y.
300 Quarropas Street, Room 630
White Plains, New York 10601

    Re:    *Lee v. Korobkova*, No. 20-CV-10311 (VB)
           Request that the Pending Motion for Summary Judgment Be Deemed Unopposed

Dear Judge Briccetti:

    Defendants filed their summary judgment motion on April 18, 2022. (Docs. 36-42; *see also* Docs. 43-44). Plaintiff has, since that date, received three extensions to file opposition papers. On May 17, 2022, the Court granted Plaintiff's first request and extended the deadline from June 20, 2022 to August 9, 2022. (*See* Doc. 34; Doc. 45). On August 8, 2022, the Court granted his second request and extended the deadline to September 9, 2022. (Doc. 46). On August 30, 2022, the Court granted his third request and extended the deadline to November 8, 2022. (Doc. 50). Under that schedule, Defendants' reply papers are due today. (*Id.*). The Court warned on August 30, 2022 that:

> **absent compelling circumstances, the Court will grant no further extensions . . . .**

(*Id.* (emphasis in original)).

    The motion has been pending for more than seven months (i.e., 218 days). No opposition has been filed and this office has not received any in the mail. Defendants ask, therefore, that the motion be deemed unopposed and *sub judice*.

                                      Respectfully,

                                      *George P. Burns, Jr.*
                                      George P. Burns, Jr.
                                      Assistant Attorney General
                                      (914) 422-8755
                                      George.Burns@ag.ny.gov

cc:    Plaintiff, *pro se* (via First Class Mail)