UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH LEE,

                Plaintiff,

-against-                                20 **CIVIL** 10311 (VB)

## JUDGMENT

YELENA KOROBKOVA, Facility Health Service Director; JUDITH CAMARA, Nurse; EVE M. SIMMONS, Senior Offender Rehabilitation Coordinator; ARIEL ESCOBAR, Senior Offender Rehabilitation Coordinator/Chairman; DIANE HINTON, Facility's Nurse Administrator; SAI GANDHAM, Medical Doctor, Eye Specialist; WILLIAM F. KEYSER, Superintendent; and ALEX TROLENBERG, M.D.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2023, Defendants' motion for summary judgment is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      March 8, 2023

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                    **BY:**      *K. Mango*

                                                      **Deputy Clerk**